# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASMINE BOUVIER

NO. 2023 KW 1283

**JANUARY 22, 2024**

---

In Re:    Jasmine Bouvier, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          592290.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.**

                        MRT
                        AHP
                        HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT